USCA1 Opinion

 

 September 20, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT  ____________________ No. 94-2206  KEITH A. WERNER, Plaintiff, Appellant, v. GEORGE VOSE, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Ronald R. Lagueux, U.S. District Judge] ___________________ ____________________ Before Cyr, Boudin and Lynch, Circuit Judges. ______________ ____________________ Keith A. Werner on brief pro se. _______________ Michael B. Grant, Senior Legal Counsel, Rhode Island Department _________________ of Corrections, on brief for appellees. ____________________ ____________________ Per Curiam. Plaintiff appeals from a district court ___________ decision denying his motion for preliminary injunctive relief. Especially in light of our recent decision in Collazo-Leon v. United States Bureau of Prisons, 51 F.3d 315 ____________ _______________________________ (1st Cir. 1995), we agree with the district court that no likelihood of success on the merits has been established. Affirmed. _________